L. JOE COPPEDGE
Nevada Bar No. 4954
SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone:    (702) 471-7432
Facsimile:    (702) 471-7435
Email: jcoppedge@sheacarlyon.com

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 2443766
Email: rmdietz@lawdietz.com

Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2820
Facsimile:  (512) 582-2829
Email: sdaniels@farneydaniels.com

*Attorneys for Plaintiff*
*PJC Logistics, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PJC Logistics, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICE, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH | Case No.: 2:11-cv-00418-GMN-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

| | |
|---|---|
| 1 | COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant North Park Transportation, Co. has not yet received service of process and has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses North Park Transportation, Co. without prejudice pursuant to Rule 41(a)(1).

DATED this ____ day of June, 2011.

SHEA & CARLYON, LTD

By: __/s/ L. Joe Coppedge__
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664

and
(additional counsel on following page)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626

*Attorneys for Plaintiff*