1  L. JOE COPPEDGE
   Nevada Bar No. 4954
2  SHEA & CARLYON, LTD.
3  701 Bridger Avenue, Suite 850
   Las Vegas, Nevada 89101
4  Telephone:    (702) 471-7432
   Facsimile:    (702) 471-7435
5  Email: jcoppedge@sheacarlyon.com

6
   R. Mark Dietz *(admitted pro hac vice)*
7  Dietz & Jarrard, P.C.
   106 Fannin Avenue East
8  Round Rock, TX 78664
   Telephone: (512) 244-9314
9  Facsimile: (512) 244-3766
10 Email: rmdietz@lawdietz.com

11 Steven R. Daniels *(admitted pro hac vice)*
   Farney Daniels, LLP
12 800 S. Austin Avenue, Suite 200
13 Georgetown, Texas 78626
   Telephone: (512) 582-2820
14 Facsimile:  (512) 582-2829
   Email: sdaniels@farneydaniels.com
15

16 *Attorneys for Plaintiff*
   *PJC Logistics, LLC*

17

18 UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA

19

| | |
|---|---|
| 20  PJC Logistics, LLC | Case No.: 2:11-cv-00418-GMN-LRL |
| 21           Plaintiff, | |
| 22  vs. | |
| 23  ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 24  TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED | |
| 25  SERVICE, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN | |
| 26  LOGISTICS, LLC; GARDNER TRUCKING, | |
| 27  LLC; HENDRICKSON TRUCKING, INC.; HIGH | |

28

1

| | |
|---|---|
| 1 | COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC |
| 8 | Defendants. |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant American Freightways, LP has not yet received service of process and has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses American Freightways, LP without prejudice pursuant to Rule 41(a)(1).

DATED this _____ day of June, 2011.

SHEA & CARLYON, LTD

By: __/s/ L. Joe Coppedge__
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664

and
(additional counsel on following page)

|    |                                              |
|----|----------------------------------------------|
| 1  | Steven R. Daniels *(admitted pro hac vice)* |
| 2  | Farney Daniels, LLP                          |
|    | 800 S. Austin Avenue, Suite 200              |
| 3  | Georgetown, Texas 78626                      |
| 4  | *Attorneys for Plaintiff*                    |