David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendant Andrus Transportation Services, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC, | CASE NO. 2:11-cv-00418-GMN-LRL |
| Plaintiff, | |
| v. | **CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |
| ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC. | |
| Defendants. | |

///

250030.1

PLEASE TAKE NOTICE, that pursuant to Local Rule 7.1-1, the Defendant, SWIFT TRANSPORTATION CO., LLC, by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby submits the following Certificate of Interested Parties:

| ENTITY | RELATIONSHIP |
| --- | --- |
| SWIFT TRANSPORTATION CO., LLC | Defendant<br>A Delaware Corporation |
| Swift Services Holdings, Inc., a Delaware corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Red Rock Risk Retention Group, Inc., an Arizona corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Mohave Transportation Insurance Co., Inc., an Arizona corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Trans-Mex, Inc., a Mexico corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Logistics, S.A. DE C.V., a Mexico corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift International S.A. de C.V. Inc., a Mexico corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| TMX Administración S.A. de C.V. Inc., a Mexico corporation | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Interstate Equipment Leasing, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Transportation Co., LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Transportation Co. of Arizona, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Transportation Services, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| M.S. Carriers, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Intermodal, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Common Market Equipment, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Leasing Co., LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Estrella Distributing, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Transportation Co. of Virginia, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Sparks Finance, LLC, a Delaware | A subsidiary of Swift Transportation |

250030.1

| | |
|---|---|
| LLC | Company (a Delaware corporation) |
| Swift Academy, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |
| Swift Receivables Company II, LLC, a Delaware LLC | A subsidiary of Swift Transportation Company (a Delaware corporation) |

The undersigned counsel of record for Defendant SWIFT TRANSPORTATION CO., LLC certifies that at this time, there are no known interested parties other than the parties identified in this action listed above. These representations are made to enable the judges of this Court to evaluate for possible recusal.

DATED this 15th day of July, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendant SWIFT TRANSPORTATION CO., LLC

250030.1

Case 2:11-cv-00418-GMN -LRL   Document 30   Filed 07/18/11   Page 4 of 4

## CERTIFICATE OF SERVICE

I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that on this 18th day of July, 2011, I did cause a true copy of the foregoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Joe Coppedge
SHEA & CARLYON, LTD.
701 Bridger Ave., Ste. 850
Las Vegas, NV 89101
(702) 471-7432
(702) 471-7435
jcoppedge@sheacarlyon.com

R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
106 Fannin Ave. East
Round Rock, TX 78664
(512) 244-9314
Rmdietz@lawdietz.com

Attorneys for Plaintiff
PJC Logistics, LLC

_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

4

250030.1