David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
**David.Kahn@wilsonelser.com**
**J.Scott.Burris@wilsonelser.com**
**Juan.Rodriguez@wilsonelser.com**
Attorneys for Defendants
RSC EQUIPMENT RENTAL, INC.; and RSC HOLDINGS, INC.

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC.<br><br>    Defendants.<br>_____ | CASE NO. 2:11-cv-00418-GMN-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

///

250026.1

PLEASE TAKE NOTICE, that pursuant to Local Rule 7.1-1, the Defendants, RSC EQUIPMENT RENTAL, INC.; and RSC HOLDINGS, INC., by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby submits the following Certificate of Interested Parties:

| ENTITY | RELATIONSHIP |
|---|---|
| RSC Equipment Rental, Inc. | Defendant, and wholly owned subsidiary of and the operating entity for RSC Holdings, Inc. |
| RSC Holdings Inc. | Defendant, and parent corporation to RSC Equipment Rental, Inc. This is a publicly held corporation. |
| RSC Equipment Rental of Canada Ltd. | A subsidiary of RSC Equipment Rental, Inc., conducting business solely in Canada. |

The undersigned counsel of record for Defendant RSC EQUIPMENT RENTAL, INC.; and RSC HOLDINGS, INC. certifies that at this time, there are no known interested parties other than the parties identified in this action listed above.  These representations are made to enable the judges of this Court to evaluate for possible recusal.

DATED this 15th day of July, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
**David.Kahn@wilsonelser.com**
**J.Scott.Burris@wilsonelser.com**
**Juan.Rodriguez@wilsonelser.com**
Attorneys for Defendants
RSC EQUIPMENT RENTAL, INC.; and RSC HOLDINGS, INC.

2

1

**CERTIFICATE OF SERVICE**

2     I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that

3 on this 18 day of July , 2011, I did cause a true copy of the foregoing

4 document to be electronically transmitted to the Clerk of Court using the ECF System for filing.

5 Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic

6

7 Filing to the following ECF registrants:

8

9 L. Joe Coppedge
SHEA & CARLYON, LTD.
10 701 Bridger Ave., Ste. 850
Las Vegas, NV 89101
11 (702) 471-7432
(702) 471-7435
12 jcoppedge@sheacarlyon.com

13 R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
14 106 Fannin Ave. East
Round Rock, TX 78664
15 (512) 244-9314
Rmdietz@lawdietz.com
16

Attorneys for Plaintiff
17 PJC Logistics, LLC

18

An Employee of
19 WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
20

21

22

23

24

25

26

27

28                                     3

250026.1