David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendants
KNIGHT REFRIGERATED LLC; and
KNIGHT TRANSPORTATION, INC.

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC.<br><br>　　　　Defendants. | CASE NO. 2:11-cv-00418-GMN-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

250021.1

PLEASE TAKE NOTICE, that pursuant to Local Rule 7.1-1, the Defendants, KNIGHT REFRIGERATED LLC; and KNIGHT TRANSPORTATION, INC., by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby submits the following Certificate of Interested Parties:

| ENTITY | RELATIONSHIP |
|---|---|
| Knight Refrigerated LLC | Defendant and Subsidiary of Knight Transportation, Inc. |
| Knight Transportation, Inc. | Defendant and Parent Entity of Knight Refrigerated LLC |
| Knight Management Services Inc. | Subsidiary of Knight Transportation, Inc. |
| Quad-K LLC | Subsidiary of Knight Transportation, Inc. |
| Knight Transportation Services Inc. | Subsidiary of Knight Transportation, Inc. |
| Knight Truck and Trailer Sales LLC | Subsidiary of Knight Transportation, Inc. |
| Knight Brokerage LLC | Subsidiary of Knight Transportation, Inc. |
| Knight Capital Growth LLC | Subsidiary of Knight Transportation, Inc. |
| Squire Transportation LLC | Subsidiary of Knight Transportation, Inc. |
| Knight Port Services LLC | Subsidiary of Knight Transportation, Inc. |
| Knight Ag Sourcing LLC | Subsidiary of Knight Transportation, Inc. |
| Arizona Hay Press LLC | Subsidiary of Knight Transportation, Inc. |
| Strehl LLC | Subsidiary of Knight Transportation, Inc. |

The undersigned counsel of record for Defendants KNIGHT REFRIGERATED LLC; and KNIGHT TRANSPORTATION, INC. certifies that at this time, there are no known interested parties other than the parties identified in this action listed above. These representations are made to

///

///

2

250021.1

enable the judges of this Court to evaluate for possible recusal.

DATED this 15th day of July, 2011.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

_____
David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendants
KNIGHT REFRIGERATED LLC; and
KNIGHT TRANSPORTATION, INC.

250021.1

## CERTIFICATE OF SERVICE

I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that on this 8th day of July, 2011, I did cause a true copy of the foregoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Joe Coppedge
SHEA & CARLYON, LTD.
701 Bridger Ave., Ste. 850
Las Vegas, NV  89101
(702) 471-7432
(702) 471-7435
jcoppedge@sheacarlyon.com

R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
106 Fannin Ave. East
Round Rock, TX 78664
(512) 244-9314
Rmdietz@lawdietz.com

Attorneys for Plaintiff
PJC Logistics, LLC

_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

250021.1