DAVID S. KAHN, Esq.
Nevada Bar No. 007038
J. SCOTT BURRIS, Esq.
Nevada Bar No. 010529
JUAN P. RODRIGUEZ, Esq.
Nevada Bar No. 010733
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
j.scott.burris@wilsonelser.com
juan.rodriguez@wilsonelser.com
Attorneys for Defendants
Andrus Transportation Services, Inc.; C.R. England, Inc.;
Central Refrigerated Services, Inc.; D.P. Curtis Trucking, Inc.;
DATS Trucking, Inc.; High Country Transportation Group, LLC;
Kelle's Transportation Services, Inc.; Knight Refrigerated LLC;
Knight Transportation, Inc.; L.W. Miller Companies, Inc.;
Manuel Huerta Trucking, Inc.; Navajo Express, Inc.;
RSC Equipment Rental, Inc.; RSC Holdings, Inc.;
Silica Transport, Inc. (STI); and Swift Transportation Co., LLC

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC. <br><br> Defendants. | CASE NO. 2:11-cv-00418-GMN-LRL <br><br><br> **DEFENDANTS' ERRATA AND PARTIAL WITHDRAWAL OF MOTION TO EXTEND TIME TO ANSWER, OR, ALTERNATIVELY, MOTION TO WITHDRAW FOR THOSE PARTIES NOT REPRESENTED BY COUNSEL** |

250167.2

Defense counsel David S. Kahn of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP filed on July 15, 2011, a Motion (Docket Number 18) on behalf of all defendants, seeking permission to extend the time to file answers. This is believed to be the initial filing for all defendants in this action. The motion is understood to be unopposed, based on agreement between counsel in the various nationwide and multijurisdictional actions involving Qualcomm, which manufactures the device at issue as to certain of the named defendants. Counsel was retained to act as local counsel for those defendants using the Qualcomm product in this action, but learned after filing the Motion that the Motion was mistakenly filed as to all defendants, while certain defendants named in this action are not users of the Qualcomm product. It appears that this litigation may soon transfer to the multijurisdictional litigation in another venue, and the Motion was filed to allow for an orderly transfer of this matter.

Due to mistake, inadvertence, and excusable neglect, counsel mistakenly filed the Motion on behalf of all named defendants, though this firm is not retained or authorized to act on behalf of all named defendants.   Local counsel for plaintiff was advised of this situation. The filing on behalf of the following defendants was in error, and it is requested that the court docket reflect that this firm is not counsel of record for these companies, and that no initial appearance was properly made for any such company. Further, it is requested that the Motion (Docket Number 18) be withdrawn as to only the parties not represented by this firm, but that the Motion be decided and remain at issue as to all other parties. If the Court feels that an Errata pleading is insufficient under the circumstances, it is requested in the alternative that this be considered counsel's Motion to Withdraw, pursuant to LR IA 10-6(b). As the filing of the Motion on behalf of the unrepresented parties was not authorized by them, it is further requested that no such party be prejudiced by this counsel's filing in error, and that the Motion (Docket Number 18) not work an appearance for, or a waiver of any jurisdictional issues on behalf of, any such party. The below parties identified as not being represented by this counsel have not communicated with this office, and likely have no idea that this filing occurred. No delay of any aspect of this litigation will occur as a result of the withdrawal of this counsel. A list of the

2

250167.2

parties which counsel <u>does not represent</u> follows

- Act Transportation, LLC;
- American Freightways, LP;
- Design Logistics, LLC;
- Gardner Trucking, LLC;
- Hendrickson Trucking, INC.;
- North Park Transportation Co.;
- Transportation Commodities, Inc.

Several of the defendant entities were sued under multiple entity names, and all but one of these defendants is a new client to this office, such that counsel was unfamiliar with the various related entity names. To be clear, the defendants which counsel <u>does represent</u>, and for which the Motion (Docket Number 18) should remain at issue, are as follows:

- Andrus Transportation Services, Inc.;
- C.R. England, Inc.;
- Central Refrigerated Services, Inc.;
- D.P. Curtis Trucking, Inc.;
- DATS Trucking, Inc.;
- High Country Transportation Group, LLC;
- Kelle's Transportation Services, Inc.;
- Knight Refrigerated LLC;
- Knight Transportation, Inc.;
- L.W. Miller Companies, Inc.;
- Manuel Huerta Trucking, Inc.;
- Navajo Express, Inc.;
- RSC Equipment Rental, Inc.;
- RSC Holdings, Inc.;
- Silica Transport, Inc. (STI); and

3

250167.2

- Swift Transportation Co., LLC

This Motion is filed the next court day after the filing in error of the Motion, and no parties have been prejudiced or harmed by counsel's action. It is unknown by this counsel whether any of the parties not represented by this firm have counsel or intend to file a responsive pleading in this case, and no contact information for those entities is known by this counsel. It is requested that this Errata or, alternatively, Motion to Withdraw, be promptly adjudicated such that no action is taken by the Court on behalf of those parties not represented by this counsel as the result of the recent filing in error.

DATED this 18th day of July, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
300 South Fourth Street, 11th Flr.
Las Vegas, Nevada 89101
Attorneys for Defendants
Andrus Transportation Services, Inc.; C.R. England, Inc.;
Central Refrigerated Services, Inc.; D.P. Curtis Trucking, Inc.;
DATS Trucking, Inc.; High Country Transportation Group, LLC;
Kelle's Transportation Services, Inc.; Knight Refrigerated LLC;
Knight Transportation, Inc.; L.W. Miller Companies, Inc.;
Manuel Huerta Trucking, Inc.; Navajo Express, Inc.;
RSC Equipment Rental, Inc.; RSC Holdings, Inc.;
Silica Transport, Inc. (STI); and Swift Transportation Co., LLC

250167.2

## CERTIFICATE OF SERVICE

I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that on this 18th day of July, 2011, I did cause a true copy of the foregoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Joe Coppedge
SHEA & CARLYON, LTD.
701 Bridger Ave., Ste. 850
Las Vegas, NV  89101
(702) 471-7432
(702) 471-7435
jcoppedge@sheacarlyon.com

R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
106 Fannin Ave. East
Round Rock, TX 78664
(512) 244-9314
Rmdietz@lawdietz.com

Attorneys for Plaintiff
PJC Logistics, LLC

_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

5

250167.2