L. JOE COPPEDGE
Nevada Bar No. 4954
SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jcoppedge@sheacarlyon.com

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 2443766
Email: rmdietz@lawdietz.com

Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2820
Facsimile: (512) 582-2829
Email: sdaniels@farneydaniels.com

*Attorneys for Plaintiff*
*PJC Logistics, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PJC Logistics, LLC<br><br>Plaintiff,<br>vs.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICE, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH | Case No.: 2:11-cv-00418-GMN-LRL<br><br>PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANTS' ERRATA AND PARTIAL WITHDRAWAL OF MOTION TO EXTEND TIME TO ANSWER, OR, ALTERNATIVELY, MOTION TO WITHDRAW FOR THOSE PARTIES NOT REPRESENTED BY COUNSEL [DOCKET NO. 33] |

1

| | |
|---|---|
| 1 | COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC |
| 8 | Defendants. |

Plaintiff PJC Logistics, LLC, by and through its attorney, L. Joe Coppedge of Shea & Carlyon, Ltd., hereby provides notice of its non-opposition to Defendants' Errata And Partial Withdrawal Of Motion To Extend Time To Answer, Or, Alternatively, Motion To Withdraw For Those Parties Not Represented By Counsel [Docket No. 33].

DATED this 27 day of July, 2011.

SHEA & CARLYON, LTD

By: _____
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
and
Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
*Attorneys for Plaintiff*