AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| PJC Logistics, LLC | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) | Civil Action No. 2:11-cv-00418-GMN -LRL |
| ACT Transportation, LLC, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Gardner Trucking, LLC
P.O. Box 747
Chino, California 91708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Joe Coppedge
Shea & Carlyon, Ltd.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
_Lance S. Wilson_
(By) DEPUTY CLERK

3/21/11
DATE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AFFIDAVIT OF SERVICE

PJC Logistics LLC

Plaintiff,

V

Gardner Trucking LLC

Defendant

State of California      )

                         )ss:

County of San Bernardino )

CASE NO: 2:11-CV-00418-GMN-LRL

I, <u>MICHAEL CHOYCE</u>, being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age not a party nor interested in the proceeding in which this affidavit is made. That on the <u>8TH</u> day of <u>JULY</u>, 2011, affiant received the <u>SUMMONS AND COPLAINT WITH JURY DEMAND</u> and served the same on the <u>18TH</u> day of <u>JULY</u> 2011, at <u>9:05</u> am by:

Delivering and leaving a copy with _____

At _____

Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode.

Serving the Defendant <u>GARDNER TRUCKING LLC</u> by personally delivering and leaving a copy at <u>1219 E ELM STREET, BUILDING J, ONTARIO, CALIFORNIA 91761</u>

a. With <u>LIZ GROEN</u> as <u>ADMINISTRATIVE ASSISTANT</u> as an agent lawfully designated by statute to accept service of process.

b. With _____ pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent show on the current certificate of designation filed with the Secretary of State.

Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid

_____ Ordinary mail

_____ Certified mail, return receipt requested

_____ Registered mail, return receipt requested

Addressed to the Defendant _____ at Defendant's last known address, which is

*I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.*

_Michael Choyce_ (signature)

Name of person making service/Michael Choyce Reg. No CA. 617

Vegas Pro-Serve P O Box 751796 Las Vegas, NV 89136-1796