AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| PJC Logistics, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:11-cv-00418-GMN -LRL |
| ACT Transportation, LLC, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hendrickson Trucking, Inc.
7080 Florin Perkins Road
Sacramento, California 95828

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Joe Coppedge
Shea & Carlyon, Ltd.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON                                    3/21/11
CLERK                                              DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA | | | | |
| Plaintiff: PJC LOGISTICS, LLC | | | | |
| Defendant: ACT TRANSPORTATION, LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 2:11-cv-00418-GMN-LRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:      HENDRICKSON TRUCKING, INC.
   b. Person served:     Douglas MacDonald, Agent for service of process.

4. Address where the party was served:    3620 American River Drive
                                          #130
                                          Sacramento, CA  95864

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 18, 2011 (2) at: 2:35PM

7. **Person Who Served Papers:**           Fee for Service:
   a. Kay Reinhart
   b. VEGAS PRO-SERV
      P.O. Box 751796
      Las Vegas, NV  89136-1796
   c. 702 526-0411

8. *I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE SUMMONS          (Kay Reinhart)

vegaspro.60445