AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| PJC Logistics, LLC <br><br> *Plaintiff* <br><br> v. <br><br> ACT Transportation, LLC, et al. <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 2:11-cv-00418-GMN -LRL ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Transportation Commodities, Inc.
4950 Triggs Street
Commerce, California 90022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Joe Coppedge
Shea & Carlyon, Ltd.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

3/21/11
DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
AFFIDAVIT OF SERVICE

PJC Logistics LLC

Plaintiff,

V

TRASPORTATION Commodities Inc

Defendant

State of Nevada   )
                  )ss:
County of Clark   )

CASE NO: 2:11-CV-00418-GMN-LRL

DEPT. NO:

I, JORGE RIVERA, being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age not a party nor interested in the proceeding in which this affidavit is made. That on the 8TH day of JULY, 2011, affiant received the SUMMONS AND COPLAINT WITH JURY DEMAND and served the same on the 14TH day of JULY 2011, at 4:30 pm by:

Delivering and leaving a copy with _____

At_____

Serving   the   Defendant   _____by   personally   delivering   and   leaving   a   copy   with
_____, a person of suitable age and discretion residing at the Defendant's usual place of abode.

Serving the Defendant TRANSPORTATION COMMODITIES, INC. by personally delivering and leaving a copy at 4950 TRIGGS STREET COMMERCE, CA 90022 _____

    a. With _____ as _____ as an agent lawfully designated by statute to accept service of process.
    b. With GERALD FLYNN pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent show on the current certificate of designation filed with the Secretary of State.

Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid

    _____ Ordinary mail

    _____ Certified mail, return receipt requested

    _____ Registered mail, return receipt requested

Addressed   to   the   Defendant   _____   at   Defendant's   last   known   address,   which   is
_____

*I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.*

Name of person making service/Jorge Rivera CA #4690