AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| PJC Logistics, LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:11-cv-00418-GMN-LRL |
| ACT Transportation, LLC, et al. | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Design Logistics, LLC
3908 East Dahlia Drive
Phoenix, Arizona 85032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  L. Joe Coppedge
Shea & Carlyon, Ltd.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

3/21/11
DATE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AFFIDAVIT OF SERVICE

PJC Logistics LLC

Plaintiff,

V

Design Logistics, LLC

Defendant

State of Arizona   )
            )ss:
County of Maricopa   )

CASE NO: 2:11-CV-00418-GMN-LRL

DEPT. NO:

I, MARK GLOER, being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age not a party nor interested in the proceeding in which this affidavit is made. That on the 8TH day of JULY, 2011, affiant received the SUMMONS AND COPLAINT WITH JURY DEMAND and served the same on the 14TH day of JULY 2011, at 4:30 pm by:

Delivering and leaving a copy with _____

At _____

Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode.

Serving the Defendant DESIGN LOGISTICS, LLC by personally delivering and leaving a copy at BUSINESS FILINGS INCORPORATED 2394 E CAMELBACK ROAD, PHOENIX ARIZONA 85016

   a. With _____ as _____ as an agent lawfully designated by statute to accept service of process.

   b. With STEPHANIE STANLEY pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent show on the current certificate of designation filed with the Secretary of State.

Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid

   _____Ordinary mail

   _____Certified mail, return receipt requested

   _____Registered mail, return receipt requested

Addressed  to  the  Defendant  _____  at  Defendant's  last  known  address,  which  is

*I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.*

                    _____ # 7581

                    Name of person making service/Mark Gloer

State of Arizona
County of Maricopa
The foregoing instrument was acknowledged before me this 19 day of July, 2011
By Jacqueline Ortiz
Notary Public  Commission Expires 3/17/15

Vegas Pro-Serve P O Box 751796 Las Vegas, NV 89136-1796

Jacqueline Ortiz
Notary Public - Arizona
Maricopa County
My Commission Expires
March 17, 2015