David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendant
TRANSPORTATION COMMODITIES, INC.

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC.<br><br>　　　　　Defendants. | CASE NO. 2:11-cv-00418-GMN-LRL<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH LOCAL RULE 7.1-1** |

253135.1

PLEASE TAKE NOTICE, that pursuant to Local Rule 7.1-1, the Defendant, TRANSPORTATION COMMODITIES, INC., by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby submits the following Certificate of Interested Parties:

The undersigned counsel of record for Defendant TRANSPORTATION COMMODITIES, INC. certifies that at this time, there are no known interested parties other than the parties identified in this action listed above. These representations are made to enable the judges of this Court to evaluate for possible recusal.

DATED this 2nd day of August, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David S. Kahn, Esq.
Nevada Bar No. 007038
J. Scott Burris
Nevada Bar No. 010529
Juan P. Rodriguez
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
David.Kahn@wilsonelser.com
J.Scott.Burris@wilsonelser.com
Juan.Rodriguez@wilsonelser.com
Attorneys for Defendant
TRANSPORTATION COMMODITIES, INC.

253135.1

## CERTIFICATE OF SERVICE

I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that on this 2nd day of August, 2011, I did cause a true copy of the foregoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Joe Coppedge
SHEA & CARLYON, LTD.
701 Bridger Ave., Ste. 850
Las Vegas, NV 89101
(702) 471-7432
(702) 471-7435
jcoppedge@sheacarlyon.com

R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
106 Fannin Ave. East
Round Rock, TX 78664
(512) 244-9314
Rmdietz@lawdietz.com

Attorneys for Plaintiff
PJC Logistics, LLC

_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP

253135.1