1  L. JOE COPPEDGE
   Nevada Bar No. 4954
2  SHEA & CARLYON, LTD.
3  701 Bridger Avenue, Suite 850
   Las Vegas, Nevada 89101
4  Telephone:    (702) 471-7432
   Facsimile:    (702) 471-7435
5  Email: jcoppedge@sheacarlyon.com

6
   R. Mark Dietz *(admitted pro hac vice)*
7  Dietz & Jarrard, P.C.
   106 Fannin Avenue East
8  Round Rock, TX 78664
   Telephone: (512) 244-9314
9  Facsimile: (512) 2443766
10 Email: rmdietz@lawdietz.com

11 Steven R. Daniels *(admitted pro hac vice)*
   Farney Daniels, LLP
12 800 S. Austin Avenue, Suite 200
13 Georgetown, Texas 78626
   Telephone: (512) 582-2820
14 Facsimile:  (512) 582-2829
   Email: sdaniels@farneydaniels.com
15

16 *Attorneys for Plaintiff*
   *PJC Logistics, LLC*
17

18                    UNITED STATES DISTRICT COURT
19                         DISTRICT OF NEVADA

20 | PJC Logistics, LLC | Case No.: 2:11-cv-00418-GMN-LRL |
21 |         Plaintiff, | PLAINTIFF'S NOTICE OF NON- |
22 | vs.                | OPPOSITION TO DEFENDANTS TRANSPORTATION COMMODITIES, |
23 | ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS | INC.'S MOTION TO EXTEND TIME TO ANSWER COMPLAINT [DOCKET |
24 | TRANSPORTATION SERVICES, INC.; C.R. | NO. 41] |
25 | ENGLAND, INC.; CENTRAL REFRIGERATED SERVICE, INC.; D.P. CURTIS TRUCKING, | |
26 | INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, | |
27 | LLC; HENDRICKSON TRUCKING, INC.; HIGH | |
28

1

|   |   |
|---|---|
| 1 | COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; |
| 2 | KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER |
| 3 | COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; |
| 4 | NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, |
| 5 | INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and |
| 6 | TRANSPORTATION COMMODITIES, INC |
| 7 |  |
| 8 | Defendants. |

Plaintiff PJC Logistics, LLC, by and through its attorney, L. Joe Coppedge of Shea & Carlyon, Ltd., hereby provides notice of its non-opposition to Defendants Transportation Commodities, Inc.'s Motion to Extend Time to Answer the Complaint [Docket No. 41].

DATED this __3__ day of August, 2011.

SHEA & CARLYON, LTD

By: _____
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
   and
Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626

*Attorneys for Plaintiff*

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on the 5th day of August, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Monica Nuñez
An employee of
Shea & Carlyon, Ltd.