**David S. Kahn, Esq.**
Nevada Bar No. 007038
**J. Scott Burris, Esq.**
Nevada Bar No. 010529
**Juan P. Rodriguez, Esq.**
Nevada Bar No. 010733
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Flr.
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
j.scott.burris@wilsonelser.com
juan.rodriguea@wilsonelser.com
Attorneys for Defendant
Transportation Commodities, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICES, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORTATION SERVICES, INC.; KNIGHT REFRIGERATED LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC.<br><br>Defendants. | CASE NO. 2:11-cv-00418-GMN-LRL<br><br>**DEFENDANT TRANSPORTATION COMMODITIES, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT** |

253133.2

# DEFENDANT TRANSPORTATION COMMODITIES, INC.'S
# UNOPPOSED MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT

Defendant Transportation Commodities, Inc. ("Defendant" or "TCI"), by and through its counsel of record, David S. Kahn Esq., of the law firm Wilson Elser Moskowitz Edelman & Dicker LLP, respectfully move the Court for an order, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, extending the time to serve an answer to the Complaint as set forth below.

1. Plaintiff commenced this action against the Moving Party and other defendants by filing a Complaint with this Court on March 18, 2011.

2. The Moving Party was served with the Complaint on July 14, 2011.

3. The current deadline for the Moving Party to serve an answer to the Complaint is August 4, 2011.

4. On April 13, 2011, Qualcomm Incorporated filed a motion, pursuant to 28 U.S.C. § 1407, with the Judicial Panel on Multidistrict Litigation, seeking centralization of this action and all related actions in the District of Minnesota (the "Transfer Motion"). The Transfer Motion has been docketed as *In re Vehicle Tracking and Security System ('844) Patent Litigation*, MDL No. 2249, and it was scheduled to be heard on July 28, 2011.

5. Accordingly, in the interests of judicial economy, the Moving Party respectfully requests that the Court extend the deadline for the Moving Party to serve an answer until the earlier of (a) 45 days after the Judicial Panel on Multidistrict Litigation issues a decision on the Transfer Motion or (b) September 12, 2011.

///

///

253133.2

6. Plaintiff does not oppose this motion and agrees to the extension of time as requested herein.

DATED this 2nd day of August, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

**David S. Kahn, Esq.**
Nevada Bar No. 007038
**J. Scott Burris**
Nevada Bar No. 010529
**Juan P. Rodriguez**
Nevada Bar No. 010733
300 South Fourth Street, 11th Flr.
Las Vegas, Nevada 89101
727-1400; FAX 727-1401
Attorneys for Defendant
Transportation Commodities, Inc.

**IT IS SO ORDERED.**

_/s/ Leavitt_

UNITED STATES MAGISTRATE JUDGE
DATED: 8-5-11

3

253133.2

## CERTIFICATE OF SERVICE

I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker, LLC and that on this 2nd day of August, 2011, I did cause a true copy of the foregoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

L. Joe Coppedge
SHEA & CARLYON, LTD.
701 Bridger Ave., Ste. 850
Las Vegas, NV 89101
(702) 471-7432
(702) 471-7435
jcoppedge@sheacarlyon.com

R. Mark Dietz (pro hac vice)
DIETZ & JARRAD, P.C.
106 Fannin Ave. East
Round Rock, TX 78664
(512) 244-9314
Rmdietz@lawdietz.com

Attorneys for Plaintiff
PJC Logistics, LLC

An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

253133.2