1  L. JOE COPPEDGE
   Nevada Bar No. 4954
2  SHEA & CARLYON, LTD.
3  701 Bridger Avenue, Suite 850
   Las Vegas, Nevada  89101
4  Telephone:    (702) 471-7432
   Facsimile:    (702) 471-7435
5  Email: jcoppedge@sheacarlyon.com

6
   R. Mark Dietz *(admitted pro hac vice)*
7  Dietz & Jarrard, P.C.
   106 Fannin Avenue East
8  Round Rock, TX 78664
   Telephone: (512) 244-9314
9  Facsimile: (512) 2443766
10 Email: rmdietz@lawdietz.com

11 Steven R. Daniels *(admitted pro hac vice)*
   Farney Daniels, LLP
12 800 S. Austin Avenue, Suite 200
13 Georgetown, Texas 78626
   Telephone: (512) 582-2820
14 Facsimile:  (512) 582-2829
   Email: sdaniels@farneydaniels.com
15

16 *Attorneys for Plaintiff*
   *PJC Logistics, LLC*
17

18                    UNITED STATES DISTRICT COURT
19                         DISTRICT OF NEVADA

20 PJC Logistics, LLC                        Case No.: 2:11-cv-00418-GMN-LRL

21           Plaintiff,
22 vs.

23 ACT TRANSPORTATION, LLC; AMERICAN         **NOTICE OF VOLUNTARY**
   FREIGHTWAYS, LP; ANDRUS                   **DISMISSAL WITHOUT**
24 TRANSPORTATION SERVICES, INC.; C.R.       **PREJUDICE OF DEFENDANT L.W.**
   ENGLAND, INC.; CENTRAL REFRIGERATED       **MILLER COMPANIES, INC.**
25 SERVICE, INC.; D.P. CURTIS TRUCKING,      **PURSUANT TO FEDERAL RULE**
26 INC.; DATS TRUCKING, INC.; DESIGN         **OF CIVIL PROCEDURE 41(a)(1)**
   LOGISTICS, LLC; GARDNER TRUCKING,
27 LLC; HENDRICKSON TRUCKING, INC.; HIGH

28

                                    1

COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC

Defendants.

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant L. W. Miller Companies, Inc. has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses L.W. Miller Companies, Inc. without prejudice pursuant to Rule 41(a)(1).

DATED this 11th day of August, 2011.

SHEA & CARLYON, LTD

By:   */s/ L. Joe Coppedge*
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664

and
(additional counsel on following page)

| | |
|---|---|
| 1 | Steven R. Daniels *(admitted pro hac vice)* |
| 2 | Farney Daniels, LLP |
|   | 800 S. Austin Avenue, Suite 200 |
| 3 | Georgetown, Texas 78626 |
| 4 | *Attorneys for Plaintiff* |

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on the \_\_\_\_ day of August, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
An employee of
Shea & Carlyon, Ltd.