L. JOE COPPEDGE
Nevada Bar No. 4954
SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone:   (702) 471-7432
Facsimile:   (702) 471-7435
Email: jcoppedge@sheacarlyon.com

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone: (512) 244-9314
Facsimile: (512) 2443766
Email: rmdietz@lawdietz.com

Steven R. Daniels *(admitted pro hac vice)*
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2820
Facsimile:  (512) 582-2829
Email: sdaniels@farneydaniels.com

*Attorneys for Plaintiff*
*PJC Logistics, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PJC Logistics, LLC<br><br>              Plaintiff,<br>vs.<br><br>ACT TRANSPORTATION, LLC; AMERICAN FREIGHTWAYS, LP; ANDRUS TRANSPORTATION SERVICES, INC.; C.R. ENGLAND, INC.; CENTRAL REFRIGERATED SERVICE, INC.; D.P. CURTIS TRUCKING, INC.; DATS TRUCKING, INC.; DESIGN LOGISTICS, LLC; GARDNER TRUCKING, LLC; HENDRICKSON TRUCKING, INC.; HIGH | Case No.: 2:11-cv-00418-GMN-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DATS TRUCKING, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

1

| | |
|---|---|
| 1 | COUNTRY TRANSPORTATION GROUP, LLC; KELLE'S TRANSPORT SERVICES, INC.; KNIGHT REFRIGERATED, LLC; KNIGHT TRANSPORTATION, INC.; L.W. MILLER COMPANIES, INC.; MANUEL HUERTA TRUCKING, INC.; NAVAJO EXPRESS, INC.; NORTH PARK TRANSPORTATION CO.; RSC EQUIPMENT RENTAL, INC.; RSC HOLDINGS, INC.; SILICA TRANSPORT, INC. (STI); SWIFT TRANSPORTATION CO., LLC; and TRANSPORTATION COMMODITIES, INC |
| 8 | Defendants. |

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant DATS Trucking, Inc. has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses DATS Trucking, Inc. without prejudice pursuant to Rule 41(a)(1).

DATED this 11th day of August, 2011.

SHEA & CARLYON, LTD

By: */s/ L. Joe Coppedge*
L. JOE COPPEDGE
Nevada Bar No. 4954
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

R. Mark Dietz *(admitted pro hac vice)*
Dietz & Jarrard, P.C.
106 Fannin Avenue East
Round Rock, TX 78664

and
(additional counsel on following page)

| | |
|---|---|
| 1 | Steven R. Daniels *(admitted pro hac vice)* |
| 2 | Farney Daniels, LLP |
| | 800 S. Austin Avenue, Suite 200 |
| 3 | Georgetown, Texas 78626 |
| 4 | *Attorneys for Plaintiff* |

## NOTICE OF ELECTRONIC SERVICE

I hereby certify that on the ___ day of August, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

_____
An employee of
Shea & Carlyon, Ltd.