**Transferred case has been opened**
ecf-notice   to: InterdistrictTransfer_NVD                                   09/09/2011 11:49 AM

```
CASE: 2:11-cv-00418

DETAILS: Case transferred from Nevada
has been opened in District of Minnesota
as case 0:11-cv-02552, filed 09/09/2011.
```